**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| STANDARD IRON WORKS,<br>individually and on behalf of all others<br>similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARCELORMITTAL; ARCELORMITTAL<br>USA, INC.; UNITED STATES STEEL<br>CORPORATION; NUCOR CORPORATION;<br>GERDAU AMERISTEEL CORPORATION;<br>STEEL DYNAMICS, INC.; AK STEEL<br>HOLDING CORPORATION; SSAB<br>SWEDISH STEEL CORPORATION;<br>COMMERCIAL METALS, INC.,<br><br>Defendants. | : : : : : : : : : : : : : : : : : : | CIVIL ACTION NO.  08-cv-5214<br><br>Hon. James B. Zagel |

----------------------------------------------------------

This Document Relates To:       :

*Wilmington Steel Processing Co., Inc. v.*       :
*ArcelorMittal, et al.,* Case No. 08-cv-5371       :

*Capow, Inc. d/b/a Eastern States Steel v.*       :
*ArcelorMittal, et al.*, Case No. 08-cv-5633       :

*MPM Display, Inc. v. ArcelorMittal et al.*, Case
No. 08-cv-5700

---

**UNOPPOSED MOTION OF DIRECT PURCHASER PLAINTIFFS
TO APPOINT INTERIM CLASS COUNSEL PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 23(g)**

Plaintiffs, through their undersigned counsel, move this Honorable Court,

pursuant to Fed. R. Civ. P. 23(g), for an Order appointing the following law firms as

Interim Co-Lead Class Counsel for the direct purchaser plaintiffs in these actions:  Fine,

Kaplan and Black, R.P.C.; and Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C.

In addition, Plaintiffs, through their undersigned counsel, move for an Order appointing the law firm Freed, Kanner, London & Millen, LLC as Local and Liaison Counsel for the direct purchaser plaintiffs in these actions.

A memorandum of law in support of this motion is attached.

Dated: October 22, 2008

Respectfully submitted,

/s/ Douglas A. Millen
Michael J. Freed (ARDC No. 0869120)
Steven A. Kanner (ARDC No. 3125292)
William H. London (ARDC No. 6196353)
Douglas A. Millen (ARDC No. 6226978)
**FREED KANNER LONDON &**
**MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Telephone: (224) 632-4500
Facsimile: (224) 632-4521
Email: mfreed@fklmlaw.com
skanner@fklmlaw.com
wlondon@fklmlaw.com
dmillen@fklmlaw.com

| | |
|---|---|
| Michael K. Kellogg | Allen D. Black |
| Mark C. Hansen | Roberta D. Liebenberg |
| Aaron M. Panner | Donald L. Perelman |
| Julius N. Richardson | Jeffrey S. Istvan |
| **KELLOGG, HUBER, HANSEN,** | Matthew Duncan |
| **TODD, EVANS & FIGEL, P.L.L.C.** | Adam J. Pessin |
| Sumner Square | **FINE, KAPLAN AND BLACK, R.P.C** |
| 1615 M Street, NW, Suite 400 | 1835 Market Street, 28th Floor |
| Washington, DC 20036 | Philadelphia, PA 19103 |
| Tel.: (202) 326-7900 | Tel.: (215) 567-6565 |
| Fax: (202) 326-7999 | Fax: (215) 568-5872 |

*Attorneys for Plaintiffs Standard Iron Works, Wilmington Steel Processing Co. Inc., Capow, Inc. d/b/a Eastern States Steel, and the Proposed Class*

H. Laddie Montague, Jr.
Ruthanne Gordon
Martin I. Twersky
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA  19103
Tel.:  (215) 875-3010
Fax:  (215) 875-4671

*Attorneys for Plaintiff MPM Display, Inc. and the Proposed Class*