**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Eastern Division**

Standard Iron Works
                          Plaintiff,

v.                                         Case No.: 1:08−cv−05214
                                                Honorable James B. Zagel

Arcelormittal, et al.
                          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, October 30, 2008:

      MINUTE entry before the Honorable James B. Zagel:Motion hearing held on 10/30/2008. Applications to appear pro hac vice [10][11][12][13][31][34][38][39] are granted. Motion to appoint interim class counsel [31] is granted. Joint motion for Entry of case management order No. 1 [40] is granted. Status hearing set for 11/21/2008 at 12:00 PM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.