UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
Eastern Division

Standard Iron Works, et al.
                                    Plaintiff,

v.                                                              Case No.: 1:08−cv−05214
                                                                Honorable James B. Zagel

Arcelormittal, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, January 28, 2010:

    MINUTE entry before Honorable James B. Zagel: Motion hearing held on 1/28/2010. MOTION by Plaintiffs Alco Industries, Inc., Rem Systems, Inc., Standard Iron Works, Wilmington Steel Processing Co, Inc. for discovery [211] is granted in part and denied in part. Status hearing set for 3/19/2010 at 11:00 AM.Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.