Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 5214 | **DATE** | 4/7/2010 |
| **CASE TITLE** | STANDARD IRON WORKS vs. ARCELORMITTAL, ET AL | | |

**DOCKET ENTRY TEXT**

Enter stipulated notice and order regarding non-party retention of documents.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

| | Courtroom Deputy Initials: | DW |
|---|---|---|