UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: STEEL ANTITRUST LITIGATION | Case No. 08-cv-5214 |
| | Honorable James B. Zagel |
| THIS DOCUMENT RELATES TO ALL DIRECT PURCHASER ACTIONS: | |
| *Standard Iron Works v. ArcelorMittal, et al.,* **Case No. 08-cv-5214** | |
| *Wilmington Steel Processing Co., Inc. v. ArcelorMittal, et al.,* **Case No. 08-cv-5371** | |
| *Capow, Inc. d/b/a Eastern States Steel v. ArcelorMittal, et al.,* **Case No. 08-cv-5633** | |
| *MPM Display, Inc. v. ArcelorMittal, et al.,* **Case No. 08-cv-5700** | |
| *REM Systems, Inc. v. ArcelorMittal, et al.,* **Case No. 08-cv-5942** | |
| *Alco Industries, Inc. v. ArcelorMittal, et al.,* **Case No. 08-cv-6197** | |
| *Gulf Stream Builders Supply, Inc. v. ArcelorMittal et al.*, **Case No. 10-cv-4236** | |

**PLAINTIFFS' STATUS REPORT**

In anticipation of the September 1, 2010 status conference with the Court, Direct Plaintiffs ("Plaintiffs") respectfully submit this report concerning the status of certification discovery.

1. **US Steel & Gerdau**

Since the last status conference on July 19, 2010, Plaintiffs have continued to focus their efforts on US Steel and Gerdau, the two defendants selected to produce senior management discovery in the first instance. Although the pace of US Steel and Gerdau's document productions since the July status conference has been modest, both defendants maintain that they are on track to complete their productions by their respective deadlines (Gerdau 9/30/2010; US Steel 10/29/2010).

US Steel has not produced any documents since June 11, 2010, although US Steel has advised that it intends to produce a large number of documents – including files from ITC proceedings, custodial files and its transactional database – by or before the September 1 status conference. To date, US Steel has produced approximately 407 documents totaling approximately 15,000 pages. The US Steel production to date consists entirely of the materials that all defendants committed to produce under their proposed case management order – business plans, periodic business reports, sample contracts etc. US Steel has yet to produce any documents from the agreed list of senior management. US Steel also has not produced its transactional data.

Gerdau's last production to date was August 2, 2010. Gerdau has produced approximately 4063 documents to date totaling approximately 50,000 pages. Of these documents, approximately 200 represent Gerdau's production pursuant to the defendants' proposed case management order; the vast remainder are paper files from the company's senior management. Gerdau has advised that it intends to produce another 2000 documents by or before the September 1 status conference – again largely documents from the company's senior management team. Also, Gerdau finished its data production as of July.

Plaintiffs have been and will continue to review documents produced by US Steel and Gerdau as the documents are produced. Plaintiffs have and will continue to raise document-specific issues directly with US Steel and Gerdau so as to minimize the burden on this Court. After Plaintiffs have had a chance to review the senior management productions from Gerdau and US Steel, as well as the unilateral productions of the other six defendants, plaintiffs will seek a prompt opportunity to discuss with the Court the need to apply the senior management discovery template to the other defendants.

2. **The Other Six Defendants**

With regard to the other six Defendants, all have represented that by or before the September 1, 2010 status conference they will have substantially completed the document productions they intend to make pursuant to Defendants' proposed case management order, with only modest cleanup remaining. Several of these defendants have also finished producing the data they deem relevant to certification and the rest have indicated that they will be done by the middle of September.

In general, the productions by each of these six defendants are very similar in terms of content and quantity. Apart from the transactional data, each defendant produced between 200 and 1200 documents, including organization charts, selected periodic reports, and business plans. Some defendants also included relevant strategy and planning documents that were presented to that company's board of directors. Others declined to search for and produce such materials or represented that there were no relevant board documents. The charts below show in more detail the substantially complete productions from each of the six defendants that to date have not been required to produce custodial documents:

3

**ArcelorMittal**

| Production Date | Bates Range | # of Documents | Description |
|---|---|---|---|
| 4/27/2010 | AM-000000001 – 881<br>AM SA-100000001-- 35 | 77 | Org charts, certain periodic reports, list of trade proceedings |
| 5/11/2010 | AM-000000882 – 4220 | 232 | Periodic reports, business plans, financial data, certain board documents |
| 6/2/2010 | AM-000004221 – 4305 | 85 | |
| 7/12/2010 | AM-000004306 – 5354 | 135 | |
| 8/19/2010 | AM-000005355 – 5534 | 45 | Sample contracts; production data |
| | | **Total 574** | |

**Nucor**

| Production Date | Bates Range | # of Documents | Description |
|---|---|---|---|
| 4/27/2010 | NC00000001 –7634 | 764 | Monthly financials and data reports. "Green Book" market report for August 2006-2008. |
| 6/14/2010 | NC00007635 – 9009 | 170 | Yearly strategy slideshow for 2004-2006; org charts & policies; board reports (principally M&A related); price increase letters, price lists, native financial/sales reports |
| 7/20/2010 | NC00009010 – 9990 | 24 | Sample sheet contracts, 2007-2009; yearly strategy slideshow for 2007, 2008, 2009; board M&A reports. |
| 8/3/2010 | NC00009438 – 9990 | | Native versions of board presentations from 7/20/10 production |
| | NC00009991 | 1 | Transactional data |
| 8/19/2010 | NC00009992 -- 10310<br>NC00010311 | 91 | Sample contracts; production data; price announcements; transaction data |
| | | **Total 1,050** | |

4

**Steel Dynamics**

| Production Date | Bates Range | # of Documents | Description |
|---|---|---|---|
| 5/11/2010 | SDI000000001 – 343 | 91 | Hard data reports, financials, retention policy, sample contracts, small number of board reports |
| 6/15/2010 | SDI000000344 – 9329 | 558 | |
| 6/17/2010 | SDI000009330 -- 10425 | 328 | |
| 7/16/2010 | SDI000010426 – 10717 | 74 | |
| | | **Total 1,051** | |

**Commercial Metals**

| Production Date | Bates Range | # of Documents | Description |
|---|---|---|---|
| 5/11/2010 | CMC00000001 – 25481 | 394 | Org charts, trade cases, voluminous financial reports |
| 6/15/2010 | CMC00025482 – 25607 | 27 | sample contracts |
| 6/28/2010 | CMC00025608 – 26000 | 29 | monthly cost, production, sales, price reports (data) |
| 7/16/2010 | CMC00026001 – 26160 | 28 | 2005 strategic plan ; narrative quarterly reports to board for 2004-2008 |
| | | **Total 478** | |

**SSAB**

| Production Date | Bates Range | # of Documents | Description |
|---|---|---|---|
| 5/3/2010 | SSAB0000001 – 617 | 64 | Sample reports, meeting agendas, org charts, selected board minutes, master supply agreement |
| 6/11/2010 | SSAB0000618 – 5895 | 995 | Collection of periodic reports: weekly reports, board reports, commercial team meetings, financial reports (native format). |
| 8/13/2010 | SSAB0005896-5916 | 28 | Detailed cost, production and financial reports |
| | | **Total 1,087** | |

**AK Steel**

| Production Date | Bates Range | # of Documents | Description |
|---|---|---|---|
| 5/12/2010 | AKS-00000001 – 375 | 4 | 2004 business plan; sample weekly report; org charts; production data |
| 7/16/2010 | AKS-00000376 – 1643 | 88 | 2005-2008 business plans |
| 7/20/2010 | AKS-00001644 – 2876 | 176 | 2004-2008 weekly reports |
| | | **Total 268** | |

3. **Non-party Certification Discovery**

In early August, Plaintiffs served six non-party subpoenas seeking documents relevant to certification. The entities that received these subpoenas were the Steel Manufacturers Association, the American Iron & Steel Institute, World Steel Dynamics, the Association for Iron & Steel Technology, the Metals Service Center Institute, and Michelle Applebaum Research. Plaintiffs have begun the process of conferring with these non-parties regarding the scope of these subpoenas.

4. **Discovery from Plaintiffs**

Plaintiffs have produced a substantial number of documents. The parties continue to negotiate regarding a few outstanding issues. Plaintiffs are unaware of any issues regarding their production that need to be raised with the Court at this time.

\* \* \* \* \*

Respectfully Submitted,

Dated: August 27, 2010 By: /s/ Matthew Duncan

| | |
|---|---|
| Michael K. Kellogg | Allen D. Black |
| Mark C. Hansen | Roberta D. Liebenberg |
| Michael J. Guzman | Donald L. Perelman |
| Steven F. Benz | Jeffrey S. Istvan |
| Christopher J. Walker | Matthew Duncan |
| **KELLOGG, HUBER, HANSEN,** | Adam J. Pessin |
| **TODD, EVANS & FIGEL, P.L.L.C.** | **FINE, KAPLAN AND BLACK,** |
| Sumner Square | **R.P.C.** |
| 1615 M Street, NW, Suite 400 | 1835 Market Street, 28th Floor |
| Washington, DC 20036 | Philadelphia, PA 19103 |
| Tel.: (202) 326-7900 | Tel.: (215) 567-6565 |

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*


Michael J. Freed
Steven A. Kanner
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel.: (224) 632-4500

*Liaison Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of August, 2010, I caused a true and correct copy of the foregoing **Status Report** to be filed and served electronically via the Court's CM/ECF system upon all registered users. A true and correct copy is also being served via first-class mail, postage prepaid, upon the following who are not registered ECF users:

David I. Gelfand, Esq.
Mark Leddy, Esq.
Cleary, Gottlieb, Steen & Hamilton
2000 Pennsylvania Avenue, N.W.
Washington, DC 20006

Jeffrey R. Coleman, Esq
Hughes, Hubbard & Reed
One Battery Park Plaza
New York, NY 10004

Joseph A. Tate, Esq.
Stephen D. Brown, Esq.
Dechert LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104

                                                   /s/ *Matthew Duncan*
                                                         Matthew Duncan