UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
Eastern Division

Standard Iron Works, et al.
                        Plaintiff,

v.                                              Case No.: 1:08−cv−05214
                                              Honorable James B. Zagel

Arcelormittal, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, December 13, 2010:

      MINUTE entry before Honorable James B. Zagel:Due the trial scheduled and on the court's own motion, noticed hearing (12−17−2010) as to the motion to compel [261] and status hearing (12−17−2010) are reset for 1/14/2011 at 11:00 AM. Mailed notice(drw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.