IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: STEEL ANTITRUST LITIGATION | Case No. 08-cv-5214 |
| | Hon. James B. Zagel |
| THIS DOCUMENT RELATES TO ALL DIRECT PURCHASER ACTIONS: *Standard Iron Works v. ArcelorMittal et al.*, Case No. 08-cv-5214 *Wilmington Steel Processing Co., Inc. v. ArcelorMittal et al.*, Case No. 08-cv-5371 *Capow, Inc. d/b/a Eastern States Steel v. ArcelorMittal et al.*, Case No. 08-cv-5633 *Alco Industries, Inc. v. ArcelorMittal et al.*, Case No. 08-cv-6197 *Gulf Stream Builders Supply, Inc. v. ArcelorMittal et al.*, Case No. 10-cv-4236 | |

INDEX OF PUBLIC EXHIBITS TO
DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' JOINT
MOTION TO EXCLUDE THE OPINIONS OF DR. JOHN L. SOLOW

| **Exhibit Description** | **Exhibit Number** |
|---|---|
| (FILED UNDER SEAL) | 1 |
| (FILED UNDER SEAL) | 2 |
| (FILED UNDER SEAL) | 3 |
| (FILED UNDER SEAL) | 4 |
| (FILED UNDER SEAL) | 5 |

| **Exhibit Description** | **Exhibit Number** |
|---|---|
| (FILED UNDER SEAL) | 6 |
| (FILED UNDER SEAL) | 7 |
| (FILED UNDER SEAL) | 8 |
| (FILED UNDER SEAL) | 9 |
| (FILED UNDER SEAL) | 10 |
| (FILED UNDER SEAL) | 11 |
| (FILED UNDER SEAL) | 12 |
| (FILED UNDER SEAL) | 13 |
| Excerpts of 2B Phillip E. Areeda, Herbert Hovenkamp & John L. Solow, Antitrust Law, 20-23, 224-33, 273-74 (3d ed. 2007) | 14 |
| Excerpts of Dennis W. Carlton & Jeffrey M. Perloff, Modern Industrial Organization, 249 (3d ed. 2000) | 15 |
| Excerpts of Frank M. Scherer & David Ross, Industrial Market Structure and Economic Performance, 4-5 (3d ed. 1990) | 16 |
| (FILED UNDER SEAL) | 17 |
| (FILED UNDER SEAL) | 18 |

Dated:  February 28, 2013  By:  /s/  Todd J. Ehlman
                                                                               Counsel for Nucor Corporation and, for purposes of this motion only, on behalf of all opposing Defendants

| | |
|---|---|
| Donna E. Patterson<br>David P. Gersch<br>Robert J. Katerberg<br>Ryan Z. Watts<br>ARNOLD & PORTER LLP<br>555 Twelfth Street, N.W.<br>Washington, DC  20004<br>202.942.5000 – Telephone<br>202.942.5999 – Facsimile<br>donna.patterson@aporter.com<br>david.gersch@aporter.com<br>ryan.watts@aporter.com<br>robert.katerberg@aporter.com<br><br>John B. Wyss<br>WILEY REIN LLP<br>1776 K Street, N.W.<br>Washington, DC  20006<br>202.719.7000 – Telephone<br>202.719.7049 – Facsimile<br>jwyss@wileyrein.com | Dan K. Webb<br>Thomas J. Frederick<br>Todd J. Ehlman<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601-9703<br>312.558.5600 – Telephone<br>312.558.5700 – Facsimile<br>dwebb@winston.com<br>tfrederick@winston.com<br>tehlman@winston.com<br><br>Douglas R. Gunson<br>NUCOR CORPORATION<br>1915 Rexford Road<br>Charlotte, NC  28211<br>704.366.7000 – Telephone<br>704.972.1836 – Facsimile<br>doug.gunson@nucor.com |

*Attorneys for Nucor Corporation*

| | |
|---|---|
| Mark Leddy<br>David I. Gelfand<br>Patricia M. McDermott<br>CLEARY GOTTLIEB STEEN<br>  & HAMILTON LLP<br>2000 Pennsylvania Avenue, NW<br>Washington, DC  20006<br>202.974.1500 – Telephone<br>202.974.1999 – Facsimile<br>mleddy@cgsh.com<br>dgelfand@cgsh.com | Andrew S. Marovitz<br>MAYER BROWN LLP<br>71 South Wacker Drive<br>Chicago, IL  60606<br>312.782.0600 – Telephone<br>312.701.7711 – Facsimile<br>amarovitz@mayerbrown.com |

pmcdermott@cgsh.com

*Attorneys for ArcelorMittal S.A. and ArcelorMittal USA, LLC*

| | |
|---|---|
| Jonathan S. Quinn<br>NEAL, GERBERG & EISENBERG LLP<br>Two North La Salle Street, Suite 1700<br>Chicago, IL  60602<br>312.269.8000 – Telephone<br>312.429.3531 – Facsimile<br>jquinn@ngelaw.com | Daniel I. Booker<br>Debra H. Dermody<br>REED SMITH LLP<br>225 Fifth Avenue<br>Pittsburgh, PA  15222<br>412.288.3131 – Telephone<br>412.288.3063 – Facsimile<br>dbooker@reedsmith.com<br>ddermody@reedsmith.com |
| Alexander Y. Thomas<br>REED SMITH LLP<br>1301 K Street, N.W.<br>Suite 1100, East Tower<br>Washington, DC  20005-3317<br>202.414.9200 – Telephone<br>202.414.9299 – Facsimile<br>athomas@reedsmith.com | J. Michael Jarboe<br>THE LAW DEPARTMENT OF<br>UNITED STATES STEEL CORPORATION<br>600 Grant Street, Suite 1500<br>Pittsburgh, PA  15219-2880<br>412.433.2880 – Telephone<br>412.433.2811 – Facsimile<br>jmjarboe@uss.com |

*Attorneys for United States Steel Corporation*

Nathan P. Eimer
Scott C. Solberg
Daniel D. Birk
EIMER STAHL LLP
224 South Michigan Ave., Suite 1100
Chicago, IL  60604
312.660.7600 – Telephone
312.692.1718 – Facsimile
neimer@eimerstahl.com
ssolberg@eimerstahl.com
dbirk@eimerstahl.com

*Attorneys for Gerdau Ameristeel Corporation*

| | |
|---|---|
| Joel G. Chefitz<br>Amanda J. Metts<br>MCDERMOTT WILL & EMERY LLP<br>227 West Monroe Street, Suite 4400<br>Chicago, IL  60606<br>312.372.2000 – Telephone<br>312.984.7700 – Facsimile<br>jchefitz@mwe.com<br>ametts@mwe.com | Robert S. Walters<br>BARRETT & MCNAGNY LLP<br>215 East Berry Street<br>Fort Wayne, IN  46802<br>260.423.8905 – Telephone<br>260.423.8920 – Facsimile<br>rsw@barrettlaw.com |

*Attorneys for Steel Dynamics, Inc.*

| | |
|---|---|
| James R. Figliulo<br>Stephanie D. Jones<br>FIGLIULO & SILVERMAN P.C.<br>10 South LaSalle Street, Suite 3600<br>Chicago, IL  60603<br>312.251.4600 – Telephone<br>312.251.4610 – Facsimile<br>jfigliulo@fslegal.com<br>sjones@fslegal.com | Gregory A. Markel<br>CADWALADER, WICKERSHAM & TAFT LLP<br>One World Financial Center<br>New York, NY  10281<br>212.504.6000 – Telephone<br>212.504.6666 – Facsimile<br>greg.markel@cwt.com<br><br>Charles F. Rule<br>Joseph J. Bial<br>CADWALADER, WICKERSHAM & TAFT LLP<br>700 Sixth Street, N.W.<br>Washington, DC 20001<br>202.862.2200 – Telephone<br>202.862.2400 – Facsimile<br>rick.rule@cwt.com<br>joseph.bial@cwt.com |

*Attorneys for AK Steel Holding Corporation*

John W. Treece
Scott D. Stein
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL  60603
312.853.7000 – Telephone
312.853.7036 – Facsimile
jtreece@sidley.com
sstein@sidley.com

*Attorneys for SSAB Swedish Steel Corporation*

Joseph A. Tate
Christine C. Levin
David J. Stanoch
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA  19104
215.994.2350 – Telephone
215.655.2350 – Facsimile
joseph.tate@dechert.com
christine.levin@dechert.com
david.stanoch@dechert.com

*Attorneys for Commercial Metals Company*

**CERTIFICATE OF SERVICE**

I, Todd J. Ehlman, an attorney, hereby certify that on February 28, 2013, I caused a true and accurate copy of the foregoing **INDEX OF PUBLIC EXHIBITS TO DEFENDANTS' MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' JOINT MOTION TO EXCLUDE THE OPINIONS OF DR. JOHN L. SOLOW** to be filed via the Court's CM/ECF system, and served via e-mail to all counsel of record.

/s/ Todd J. Ehlman
Todd J. Ehlman
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-9703
312.558.5600 – Telephone
312.558.5700 – Facsimile
tehlman@winston.com