IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: STEEL ANTITRUST LITIGATION | Case No. 08-cv-5214 |
| THIS DOCUMENT RELATES TO ALL DIRECT PURCHASER ACTIONS: | Honorable James B. Zagel |
| *Standard Iron Works v. ArcelorMittal, et al.,* **Case No. 08-cv-5214** | |
| *Wilmington Steel Processing Co., Inc. v. ArcelorMittal, et al.,* **Case No. 08-cv-5371** | |
| *Capow, Inc. d/b/a Eastern States Steel v. ArcelorMittal, et al.,* **Case No. 08-cv-5633** | |
| *Alco Industries, Inc. v. ArcelorMittal, et al.,* **Case No. 08-cv-6197** | |
| *Gulf Stream Builders Supply, Inc. v. ArcelorMital, et al.,* **Case No. 10-cv-4236** | |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF SETTLEMENTS WITH COMMERCIAL METALS CORPORATION,
AK STEEL HOLDING CORPORATION AND GERDAU AMERISTEEL
CORPORATION, CONDITIONAL CERTIFICATION OF A SETTLEMENT
CLASS, AND APPROVAL OF NOTICES AND NOTICE PLAN**

Pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(3) and 23(e), Plaintiffs respectfully move this Court to:

1. Grant preliminary approval to the proposed settlements with Commercial Metals Corporation, AK Steel Holding Corporation and Gerdau Ameristeel Corporation;

2. Conditionally certify for settlement purposes the proposed Settlement Class;

3. Conditionally appoint Named Plaintiffs as Class Representatives, and appoint Fine,

Kaplan and Black, RPC, and Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. as Co-Lead Class Counsel;

    4.   Approve the form and manner of giving notice of the proposed settlements to the Class; and

    5.   Set a date for a hearing on final approval of the settlements.

Plaintiffs have submitted a [Proposed] Preliminary Approval Order which is consistent with the relief requested herein.

Dated:   April 3, 2014                           Respectfully submitted,

                                                  /s/  *Jeffrey S. Istvan*

| | |
|---|---|
| Michael K. Kellogg | Roberta D. Liebenberg |
| Mark C. Hansen | Donald L. Perelman |
| Michael J. Guzman | Jeffrey S. Istvan |
| Steven F. Benz | Matthew Duncan |
| **KELLOGG, HUBER, HANSEN,** | Adam J. Pessin |
| **TODD, EVANS & FIGEL, P.L.L.C.** | **FINE, KAPLAN AND BLACK, R.P.C.** |
| Sumner Square | One South Broad Street, 23rd Floor |
| 1615 M Street, NW, Suite 400 | Philadelphia, PA 19107 |
| Washington, DC 20036 | Tel.: (215) 567-6565 |
| Tel.: (202) 326-7900 | |

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Michael J. Freed
Steven A. Kanner
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel.:   (224) 632-4500

*Liaison Counsel for Plaintiffs and the Proposed Class*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of April, 2014, I caused a true and correct copy of the foregoing **Plaintiffs' Motion for Preliminary Approval of Settlements with Commercial Metals Corporation, AK Steel Holding Corporation and Gerdau Ameristeel Corporation, Conditional Certification of a Settlement Class, and Approval of Notices and the Notice Plan** to be filed and served electronically via the Court's CM/ECF system upon all registered users.

                                             /s/ *Jeffrey S. Istvan*
                                            Jeffrey S. Istvan