# EXHIBIT 5

## Legal Notice

**If you bought Steel Products from one or more Defendants between April 1, 2005 and December 31, 2007, you may be affected by three Class Action Settlements.**

**What are the Settlements about?**

Eight steel manufacturers, ArcelorMittal, Nucor Corporation, United States Steel Corporation, Gerdau Ameristeel Corporation, AK Steel Holding Corporation, Steel Dynamics, SSAB Swedish Steel Corporation and Commercial Metals Company (collectively, "Defendants") were sued by several businesses ("Plaintiffs") who allege that the Defendants conspired, in violation of the U.S. antitrust laws, to restrict their output and therefore raise or "fix" the prices for certain steel products sold for delivery in the United States between April 1, 2005 and December 31, 2007.

Settlements have been reached with three of the Defendants: Commercial Metals Company, AK Steel Holding Corporation, and Gerdau Ameristeel Corporation. These "Settling Defendants" collectively will pay $15.9 million into a Settlement Fund. The Settling Defendants deny the allegations. The litigation is continuing against the other five Defendants.

**Who is a Settlement Class Member?**

You are a Settlement Class Member if you Purchased certain Steel Products directly from any of the Defendants or their subsidiaries or controlled affiliates at any time between April 1, 2005 and December 31, 2007 for delivery in the United States.

In general, "Steel Products" include carbon steel slabs, plates, sheet and coil products, galvanized and other coated sheet products; billets, blooms, rebar, merchant bar, beams and other structural shapes; and other steel products derived from raw carbon steel and sold by Defendants. The terms "Steel Products" and "Purchased" are more specifically defined in the full Notice and the Settlement Agreements.

**Will I get a payment?**

If you are a Settlement Class Member and do not opt out, you will be eligible to file a claim at a later date to receive money from the Settlements.

**What are my rights?**

If you are a Settlement Class Member and do not opt out, you will release certain legal rights against the Settling Defendants, as set forth in the full Notice and in the Settlement Agreements. If you do not want to take part in the Settlements, you have the right to opt out. To opt out of the Settlements, you must do so by Month XX, 2014. Settlement Class Members have the right to object to the Settlements. If you want to object, you must do so by Month XX, 2014. Information on how to opt out or object to the Settlements is contained in the full Notice and at www.SteelAntitrustSettlement.com. You may speak to your own attorney at your expense for help.

**When is the Approval Hearing?**

A Final Approval Hearing to consider approval of the Settlements and Plaintiffs' request for reimbursement of litigation expenses is scheduled to be held in Courtroom 2503, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, on Month, XX, 2014, at XX am/pm.  You may appear at the hearing, but your attendance is not required.  The date and location for this hearing may be changed on further Order of the Court.

**This is a Summary, where can I get more information?**

You can get complete settlement information, including a copy of the full Notice and the Settlement Agreements, by visiting www.SteelAntitrustSettlement.com.