# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Standard Iron Works, et al.

                            Plaintiff,

v.                                                     Case No.: 1:08−cv−05214
                                                            Honorable James B. Zagel

Arcelormittal, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 11, 2014:

      MINUTE entry before the Honorable James B. Zagel: Evidentiary hearing held. Defendants' motions to exclude expert testimony are denied. The Court will consider Plaintiffs' motion for class certification. The parties are granted leave to simultaneously submit condensed briefing, not to exceed 20 pages, as discussed on the record. Status hearing set for 6/11/14 at 9:15 a.m. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.