UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: STEEL ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL DIRECT PURCHASER ACTIONS:<br><br>*Standard Iron Works v. ArcelorMittal, et al.*, **Case No. 08-cv-5214**<br><br>*Wilmington Steel Processing Co., Inc. v. ArcelorMittal, et al.*, **Case No. 08-cv-5371**<br><br>*Capow, Inc. d/b/a Eastern States Steel v. ArcelorMittal, et al.*, **Case No. 08-cv-5633**<br><br>*Alco Industries, Inc. v. ArcelorMittal, et al.*, **Case No. 08-cv-6197**<br><br>*Gulf Stream Builders Supply, Inc. v. ArcelorMittal et al.*, **Case No. 10-cv-4236** | Case No. 08-cv-5214<br><br>Honorable James B. Zagel |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF SETTLEMENT WITH ARCELORMITTAL S.A. AND
ARCELORMITTAL USA LLC, CONDITIONAL CERTIFICATION
OF A SETTLEMENT CLASS, AND APPROVAL OF NOTICE,
SUMMARY NOTICE AND NOTICE PLAN**

Pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(3) and 23(e), Plaintiffs respectfully move this Court to:

1. Grant preliminary approval to the proposed settlement with ArcelorMittal S.A. and ArcelorMittal USA LLC;

2. Conditionally certify for settlement purposes the proposed Settlement Class;

3. Conditionally appoint Named Plaintiffs as Class Representatives, and appoint Fine, Kaplan and Black, RPC, and Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. as Co-Lead Class Counsel;

4. Approve the form and manner of giving notice of the proposed settlement to the Class; and

5. Set a date for a hearing on final approval of the settlement.

Plaintiffs have submitted a [Proposed] Preliminary Approval Order which is consistent with the relief requested herein.

Dated: June 6, 2014

Respectfully submitted,

/s/ *Jeffrey S. Istvan*

| | |
|---|---|
| Michael K. Kellogg | Roberta D. Liebenberg |
| Mark C. Hansen | Donald L. Perelman |
| Michael J. Guzman | Jeffrey S. Istvan |
| Steven F. Benz | Matthew Duncan |
| **KELLOGG, HUBER, HANSEN,** | Adam J. Pessin |
| **TODD, EVANS & FIGEL, P.L.L.C.** | **FINE, KAPLAN AND BLACK, R.P.C.** |
| Sumner Square | One South Broad Street, 23rd Floor |
| 1615 M Street, NW, Suite 400 | Philadelphia, PA 19107 |
| Washington, DC 20036 | Tel.: (215) 567-6565 |
| Tel.: (202) 326-7900 | |

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

Michael J. Freed
Steven A. Kanner
**FREED KANNER LONDON & MILLEN LLC**
2201 Waukegan Road, Suite 130
Bannockburn, IL 60015
Tel.: (224) 632-4500

*Liaison Counsel for Plaintiffs and the Proposed Class*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of June, 2014, I caused a true and correct copy of the foregoing **PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH ARCELORMITTAL S.A. AND ARCELORMITTAL USA LLC, CONDITIONAL CERTIFICATION OF A SETTLEMENT CLASS, AND APPROVAL OF NOTICE, SUMMARY NOTICE AND NOTICE PLAN** to be filed and served electronically via the Court's CM/ECF system upon all registered users.

/s/ *Jeffrey S. Istvan*
Jeffrey S. Istvan