UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Standard Iron Works, et al.
                                    Plaintiff,
v.                                                      Case No.: 1:08−cv−05214
                                                        Honorable James B. Zagel
Arcelormittal, et al.
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 10, 2014:

    MINUTE entry before the Honorable James B. Zagel: Motion hearing held. Plaintiffs' Unopposed Motion for Preliminary Approval of the Settlement with United States Steel Corporation [496] is granted. Counsel shall provide notice to the Settlement Class on or before 7/2514. The deadline for opt outs, objections or notices of intent to appear at the final approval hearing is set for 9/10/14. Final approval hearing set for 10/17/14 at 11:00 a.m. in courtroom 2503. Enter Order Preliminarily Approving Settlement. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.