## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Standard Iron Works, et al.

                          Plaintiff,

v.                                                 Case No.: 1:08−cv−05214
                                                       Honorable James B. Zagel

Arcelormittal, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 10, 2014:

       MINUTE entry before the Honorable James B. Zagel: Defendants' Joint Motion for leave to submit supplemental authority in opposition to plaintiffs' motion for class certification [445] is granted. Mailed notice (nf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.