UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: STEEL ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL DIRECT PURCHASER ACTIONS:<br><br>*Standard Iron Works v. ArcelorMittal, et al.,* **Case No. 08-cv-5214**<br><br>*Wilmington Steel Processing Co., Inc. v. ArcelorMittal, et al.,* **Case No. 08-cv-5371**<br><br>*Capow, Inc. d/b/a Eastern States Steel v. ArcelorMittal, et al.,* **Case No. 08-cv-5633**<br><br>*Alco Industries, Inc. v. ArcelorMittal, et al.,* **Case No. 08-cv-6197**<br><br>*Gulf Stream Builders Supply, Inc. v. ArcelorMittal, et al.,* **Case No. 10-cv-4236** | Case No. 08-cv-5214<br><br>Honorable James B. Zagel |

**DIRECT PURCHASER PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENTS WITH ARCELORMITTAL AND UNITED STATES STEEL CORPORATION**

Plaintiffs Standard Iron Works, Wilmington Steel Processing Co., Inc., Capow, Inc. d/b/a Eastern States Steel, Alco Industries, Inc., and Gulf Stream Builders Supply, Inc., on behalf of themselves and a Settlement Class of direct purchasers of Steel Products ("Direct Purchaser Plaintiffs"), respectfully move this Court for an order granting final approval of the settlements reached between the Direct Purchaser Plaintiffs and Defendants ArcelorMittal S.A. and ArcelorMittal USA LLC (collectively "ArcelorMittal"), and United States Steel Corporation

("U.S. Steel") (collectively, "Settling Defendants"). In support of this motion, Direct Purchaser Plaintiffs rely on and incorporate by reference the facts and legal arguments set forth in the accompanying Memorandum of Law and accompanying exhibits ("Memorandum of Law").

Settling Defendants do not oppose this motion.

WHEREFORE, and for the reasons in the Memorandum of Law, Direct Purchaser Plaintiffs respectfully request that the Court issue an Order finally approving the settlements; finally certifying a Settlement Class; confirming the appointment of Representative Plaintiffs and of Co-Lead Counsel for the Class; granting Plaintiffs' contemporaneously-filed motion for an award of attorneys' fees and reimbursement of expenses; approving the proposed Plan of Allocation and Distribution of the Settlement funds; directing payment of reasonable Settlement notice and administration costs to Garden City Group and Info Tech, Inc.; directing that final judgment be entered by the clerk pursuant to Federal Rule of Civil Procedure 54(b); and for such other and further orders as the Court deems appropriate.

Dated: October 1, 2014

Respectfully submitted,

/s/ *Jeffrey S. Istvan*

| | |
|---|---|
| Michael K. Kellogg | Roberta D. Liebenberg |
| Mark C. Hansen | Donald L. Perelman |
| Michael J. Guzman | Jeffrey S. Istvan |
| Steven F. Benz | Matthew Duncan |
| **KELLOGG, HUBER, HANSEN, TODD,** | Adam J. Pessin |
| **EVANS & FIGEL, P.L.L.C.** | **FINE, KAPLAN AND BLACK, R.P.C.** |
| Sumner Square | One South Broad Street, 23rd Floor |
| 1615 M Street, NW, Suite 400 | Philadelphia, PA 19107 |
| Washington, DC 20036 | Tel.: (215) 567-6565 |
| Tel.: (202) 326-7900 | |

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of October, 2014, I caused a true and correct copy of the foregoing **Motion for Final Approval** to be filed and served electronically via the Court's CM/ECF system upon all registered users.

/s/ *Jeffrey S. Istvan*
Jeffrey S. Istvan