UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: STEEL ANTITRUST LITIGATION | Case No. 08-cv-5214 |
| THIS DOCUMENT RELATES TO ALL DIRECT PURCHASER ACTIONS:<br><br>*Standard Iron Works v. ArcelorMittal, et al.*, Case No. 08-cv-5214<br><br>*Wilmington Steel Processing Co., Inc. v. ArecelorMittal, et all*, Case No. 08-cv-5371<br><br>*Capow, Inc. d/b/a Eastern States Steel v. ArcelorMittal, et al.*, Case No. 08-cv-5633<br><br>*Alco Industries, Inc. v. ArcelorMittal, et al.*, Case No. 08-cv-6197<br><br>*Gulf Stream Builders Supply, Inc. v. ArcelorMittal, et al.*, Case No. 10-cv-4236 | Honorable James B. Zagel |

**[PROPOSED] ORDER GRANTING GENERAL MOTORS LLC'S UNOPPOSED MOTION TO WITHDRAW REQUEST FOR EXCLUSION FROM THE DIRECT PURCHASER CLASS AND TO JOIN CERTAIN CLASS SETTLEMENTS**

Having considered General Motors LLC's Unopposed Motion to Withdraw Request for Exclusion from the Direct Purchaser Class and to Join Certain Class Settlements and supporting papers,

IT IS HEREBY ORDERED THAT General Motors LLC's Motion to Withdraw Request for Exclusion from the Direct Purchaser Class and to Join Certain Class Settlements is GRANTED.

**IT IS SO ORDERED.**

Dated: October 16, 2014

_____
The Hon. James B. Zagel
United States District Judge