IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: STEEL ANTITRUST LITIGATION | Case No. 08-cv-5214 |
| THIS DOCUMENT RELATES TO ALL DIRECT PURCHASER ACTIONS: | Honorable James B. Zagel |
| *Standard Iron Works v. ArcelorMittal, et al.,* **Case No. 08-cv-5214** | |
| *Wilmington Steel Processing Co., Inc. v. ArcelorMittal, et al.,* **Case No. 08-cv-5371** | |
| *Capow, Inc. d/b/a Eastern States Steel v. ArcelorMittal, et al.,* **Case No. 08-cv-5633** | |
| *Alco Industries, Inc. v. ArcelorMittal, et al.,* **Case No. 08-cv-6197** | |
| *Gulf Stream Builders Supply, Inc. v. ArcelorMital, et al.,* **Case No. 10-cv-4236** | |

**PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
OF SETTLEMENTS WITH NUCOR CORPORATION,
STEEL DYNAMICS, INC. AND SSAB SWEDISH STEEL CORPORATION,
CONDITIONAL CERTIFICATION OF A SETTLEMENT CLASS,
AND AUTHORIZATION FOR DISSEMINATION OF NOTICE**

Pursuant to Federal Rules of Civil Procedure 23(a), 23(b)(3) and 23(e), Plaintiffs respectfully move this Court to:

1. Grant preliminary approval to the proposed settlements with Nucor Corporation, Steel Dynamics, Inc. and SSAB Swedish Steel Corporation;

2. Conditionally certify for settlement purposes the proposed Settlement Class;

3. Conditionally appoint Named Plaintiffs as Class Representatives, and appoint Fine,

Kaplan and Black, RPC, and Kellogg, Huber, Hansen, Todd, Evans & Figel, P.L.L.C. as Co-Lead Class Counsel;

4. Approve the form and manner of giving notice of the proposed settlements to the Class; and

5. Set a date for a hearing on final approval of the settlements.

Plaintiffs have submitted a [Proposed] Preliminary Approval Order which is consistent with the relief requested herein.

Dated: October 17, 2016

Respectfully submitted,

/s/ *Jeffrey S. Istvan*

Michael J. Guzman
Steven F. Benz
Thomas W. Traxler, Jr.
**KELLOGG, HUBER, HANSEN,
TODD, EVANS & FIGEL, P.L.L.C.**
Sumner Square
1615 M Street, NW, Suite 400
Washington, DC 20036
Tel.: (202) 326-7900

Jeffrey S. Istvan
Matthew Duncan
Adam J. Pessin
**FINE, KAPLAN AND BLACK, R.P.C.**
One South Broad Street, 23rd Floor
Philadelphia, PA 19107
Tel.: (215) 567-6565

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of October, 2016, I caused a true and correct copy of the foregoing **Plaintiffs' Motion for Preliminary Approval of Settlements with Nucor Corporation, Steel Dynamics, Inc. and SSAB Swedish Steel Corporation, Conditional Certification of a Settlement Class, and Authorization for Dissemination of Notice** to be filed and served electronically via the Court's CM/ECF system upon all registered users.

                                           /s/ *Jeffrey S. Istvan*
                                          Jeffrey S. Istvan