UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: STEEL ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL DIRECT PURCHASER ACTIONS:<br><br>*Standard Iron Works v. ArcelorMittal, et al.,* **Case No. 08-cv-5214**<br><br>*Wilmington Steel Processing Co., Inc. v. ArcelorMittal, et al.,* **Case No. 08-cv-5371**<br><br>*Capow, Inc. d/b/a Eastern States Steel v. ArcelorMittal, et al.,* **Case No. 08-cv-5633**<br><br>*Alco Industries, Inc. v. ArcelorMittal, et al.,* **Case No. 08-cv-6197**<br><br>*Gulf Stream Builders Supply, Inc. v. ArcelorMittal, et al.,* **Case No. 10-cv-4236** | Case No. 08-cv-5214<br><br>Honorable Manish S. Shah |

**PLAINTIFFS' MOTION FOR FINAL APPROVAL OF SETTLEMENTS WITH NUCOR CORPORATION, STEEL DYNAMICS, INC. AND SSAB SWEDISH STEEL CORPORATION**

Plaintiffs Standard Iron Works, Wilmington Steel Processing Co., Inc., Capow, Inc. d/b/a Eastern States Steel, Alco Industries, Inc., and Gulf Stream Builders Supply, Inc., on behalf of themselves and a Settlement Class of direct purchasers of Steel Products ("Direct Purchaser Plaintiffs"), respectfully move this Court for an order granting final approval of the settlements reached between the Direct Purchaser Plaintiffs and Defendants Nucor Corporation ("Nucor"), Steel Dynamics, Inc. ("SDI"), and SSAB Swedish Steel Corporation ("SSAB") (collectively,

"Settling Defendants"). In support of this motion, Plaintiffs rely on and incorporate by reference the facts and legal arguments set forth in the accompanying Memorandum of Law and accompanying exhibits ("Memorandum of Law").

Settling Defendants do not oppose this motion.

WHEREFORE, and for the reasons set forth in the Memorandum of Law, Plaintiffs respectfully request that the Court issue an Order finally approving the settlements; finally certifying a Settlement Class; confirming the appointment of Representative Plaintiffs and of Co-Lead Counsel for the Class; approving the proposed Plan of Allocation and Distribution of the Settlement funds; directing payment of reasonable Settlement notice and administration costs to Garden City Group; directing that final judgment be entered by the clerk pursuant to Federal Rule of Civil Procedure 54(b); and for such other and further orders as the Court deems appropriate.

Dated: February 1, 2017                                    Respectfully submitted,


                                                           /s/ *Jeffrey S. Istvan*

Michael J. Guzman                                          Jeffrey S. Istvan
Thomas W. Traxler, Jr.                                     Matthew Duncan
**KELLOGG, HUBER, HANSEN, TODD,**                          Adam J. Pessin
**EVANS & FIGEL, P.L.L.C.**                                **FINE, KAPLAN AND BLACK, R.P.C.**
Sumner Square                                              One South Broad Street, 23rd Floor
1615 M Street, NW, Suite 400                               Philadelphia, PA 19107
Washington, DC 20036                                       Tel.: (215) 567-6565
Tel.: (202) 326-7900

*Co-Lead Counsel for Plaintiffs and the Proposed Class*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of February, 2017, I caused a true and correct copy of the foregoing **Plaintiffs' Motion for Final Approval of Settlements with Nucor Corporation, Steel Dynamics, Inc. and SSAB Swedish Steel Corporation** to be filed and served electronically via the Court's CM/ECF system upon all registered users.

                                                        /s/ *Jeffrey S. Istvan*
                                                           Jeffrey S. Istvan