UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: STEEL ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL DIRECT PURCHASER ACTIONS:<br><br>*Standard Iron Works v. ArcelorMittal, et al.,* **Case No. 08-cv-5214**<br><br>*Wilmington Steel Processing Co., Inc. v. ArcelorMittal, et al.,* **Case No. 08-cv-5371**<br><br>*Capow, Inc. d/b/a Eastern States Steel v. ArcelorMittal, et al.,* **Case No. 08-cv-5633**<br><br>*Alco Industries, Inc. v. ArcelorMittal, et al.,* **Case No. 08-cv-6197**<br><br>*Gulf Stream Builders Supply, Inc. v. ArcelorMittal, et al.,* **Case No. 10-cv-4236** | Case No. 08-cv-5214<br><br>Honorable Manish S. Shah |

**ORDER GRANTING PLAINTIFFS'
MOTION FOR DISTRIBUTION OF SETTLEMENT FUNDS**

AND NOW, this 12th day of March, 2018, upon consideration of Plaintiffs' Motion to Distribute Settlement Funds, the Declaration of Angela Ferrante in support thereof, and a hearing in open Court, IT IS HEREBY ORDERED AND ADJUDGED as follows:

1. The procedures used, actions taken, and determinations made by Claims Administrator Garden City Group, LLC ("GCG") and Plaintiffs' Class Counsel for the administration of the Nucor Corporation, Steel Dynamics, Inc. and SSAB Swedish Steel Corporation Settlements were proper and complete, and the administrative determinations of

GCG and Class Counsel accepting, modifying, and rejecting Claims filed in this matter are approved.

2. The Court has reviewed the Motion to Distribute and the Declaration of Angela Ferrante in support thereof, including the exhibits thereto, and has considered any objections to the motion and recommended distribution amounts. After due consideration, the Court approves the distribution recommendations set forth in the Ferrante Declaration and Exhibit E thereto, as well as the proposed methodology for determining payment amounts for Claimants, and overrules any and all objections thereto.

3. The Claims listed in Exhibits E-1 and E-2 to the Ferrante Declaration are approved, as are the Approved Purchase Amounts and Proposed Payment Amounts for each Claim. The Court finds that the Proposed Payment Amounts calculated to pay each approved Claim on a *pro rata* basis, based on Approved Purchase Amounts, complies with the Plan of Allocation previously approved by the Court.

4. The Claims listed in Exhibits E-3 and E-4 to the Ferrante Declaration are rejected for the reasons set forth therein and shall not receive a distribution from the Settlement Funds.

5. The Court finds that the fees and expenses in the amount of $180,434.33 invoiced by GCG were reasonable and necessary in connection with the administration of the Settlements.

6. The Escrow Agent reports that as of April 1, 2018, the available balances of the Settlement Funds will total $19,200,433.62. The full balances of the Settlement Funds shall be transferred into a single Distribution Fund forthwith. GCG is directed to distribute the monies in the Distribution Fund to the approved Claimants, in the approved amounts, listed in Exhibits E-1 and E-2 of the Ferrante Declaration and approved by this Court, as soon as practicable.

7. GCG reports that approximately $101,000.00 that was set aside for administering the Prior Settlements was not needed for that purpose, that those funds remain, and that they should be sufficient to cover the anticipated future expenses in administering the current Settlements. The Court finds that it is reasonable and advisable to use the remaining funds from the Prior Settlements for estimated fees and costs for the approved distribution, taxes and possible contingencies in the current Settlements.

8. Checks for distribution to the approved Claimants shall bear the notation "Void and Subject to Re-Distribution if Not Cashed within 90 Days After Issue Date," and no check shall be negotiated in the Distribution Fund more than 120 days after the date of the check.

9. Any Claims, or requests for adjustments to Claims, filed after January 25, 2018, shall not be considered and shall not be eligible for payment from the Settlement Funds beyond the amounts approved herein.

_____
Honorable Manish S. Shah
United States District Judge